IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. GREGORY**                                                                                              **PLAINTIFF**

**v.**                                                  **3:12-cv-00201-BRW**

**RALPH WILSON, JR.,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Pending is Plaintiff's pro se Motion to Recuse Judge (Doc. No. 8). Plaintiff has sued me in the United States District Court for the Western District of Tennessee,[1] and asks that I recuse from this case for that reason.

Having no leanings for or against Plaintiff, and believing that there is no reasonable possibility that a reasonably informed lay person viewing the allegations would believe that there is any appearance of impropriety, I conclude that Plaintiff's Motion to Recuse Judge (Doc. No. 8) should be, and hereby is, DENIED.

IT IS SO ORDERED this 10th day of September, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Case No. 2:12-CV-02693-STA-tmp.

1