**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JAMES C. GREGORY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 3:12CV00201  SWW |
| STATE OF ARKANSAS, ET AL. | * | |
| | * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF OCTOBER, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE